Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,                )<br>                                                                    )<br>         Plaintiff,                                            )<br>                                                                    )<br>     vs.                                                         )<br>                                                                    )<br>GRAHAM HUNT,                                         )<br>                                                                    )<br>         Defendant.                                       )<br>                                                                    ) | CASE: 6:12-CR-0003-MJS<br><br>STIPULATION TO VACATE<br> TRIAL DATE AND SET FOR<br>PLEA AND SENTENCE; AND.<br>ORDER THEREON<br><br>Court: U.S. District Court - Yosemite<br>Judge: Honorable Michael J. Seng |

   IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Graham Hunt, and his attorney of record, Chris Curtis, that the Bench Trial in the above-captioned matter currently scheduled for August 1, 2012 be vacated, and the matter be set for Plea and Sentence on August 2, 2012, at 1:30 p.m.

Dated: July 30, 2012                              /s/ Susan St. Vincent                              
                                                              Susan St. Vincent
                                                              Acting Legal Officer for
                                                              National Park Service

Dated: July 30, 2012                              /s/ Chris Curtis                              
                                                              Chris Curtis
                                                              Attorney for
                                                              Thomas E. Adamson

1

* * * ORDER * * *

The Court, having reviewed the above request to vacate the Trial Date, now set for August 1, 2012, and for entry of plea and sentencing in August 2, 2012, at 1:30 p.m., HEREBY ORDERS AS FOLLOWS:

1. The Trial set for August 1, 2012, is vacated.
2. The above-captioned matter is now set for entry of plea and sentencing on August 2, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   July 30, 2012            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE